Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendant:
QUALITY LOAN SERVICE CORP.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAIDA SHIEBAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SILVER STATE FINANCIAL SERVICES, INC., DBA SILVER STATE MORTGAGE; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES I-X, inclusive,<br><br>　　　　　　Defendants | Case No.: 2:09-cv-01939-JCM-LRL<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED BY QUALITY LOAN SERVICE CORP.** |

　　　　Defendants, QUALITY LOAN SERVICE CORP., by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) on June 1, 2010 (Docket No. 28).

　　　　The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

　　　　1.　Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiff regarding

- 1 -

1  this matter.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and
2  Authorities in response to any Motion shall constitute consent to the granting of the motion.
3             2.  The Court may grant the Motion to Dismiss for failure to follow local rules.  *Ghazali*
4  *v. Moran*, 46 F.3d 52 (9th Cir. 1995).  Before dismissing the action, the district court is required
5  to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the
6  court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy
7  favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.
8  The Court has considered these factors and finds that Plaintiff has received notice and has been
9  given ample time to respond.
10            IT IS THEREFORE ORDERED, that based on the foregoing, Defendants' Motion to
11 Dismiss Plaintiff's Complaint for failure to state a claim for relief is GRANTED and Defendant,
12 Quality Loan Service Corp. is hereby dismissed with prejudice.
13            IT IS SO ORDERED this 1st day of July, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

McCarthy & Holthus

By: /s/*Christopher M. Hunter*
Christopher M. Hunter, Esq..